IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PETE NECHOVSKI,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:11-CV-862
CRIM. NO. 2:07-CR-131
Judge Watson
Magistrate Judge King

## ORDER

On November 27, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that the motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 be dismissed. *Report and Recommendation*, ECF No. 141. Although the parties were advised of the right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation*, ECF No. 141, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

*/s/ Michael H. Watson*
**MICHAEL H. WATSON**
**UNITED STATES DISTRICT JUDGE**